IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF
COLORADO

Civil Action No. 1:22-cv-808

Christopher Porter and
BreeAnna Porter,
        Plaintiffs,

v.

T.J. Crowder and Sons, LLC,
and Farrel Crowder,
        Defendants.

---

**HUMALFA AND SONS, LLC, AND FARREL CROWDER'S
SEPARATE STATEMENT OF FACTS**

---

|   | Column 1 | Column 2 | Column 3 |
|---|---|---|---|
| 1 | Plaintiffs are individuals and residents of Yuma County. Answer Admitted. | | |
| 2 | Separate Defendant Humalfa and Sons, LLC ("Humalfa"), is a domestic limited liability company. Colo. State Filing. | | |
| 3 | Farrel Crowder is the President and owner of Humalfa with office located at 26874 CR 65, Iliff, Colorado 80736. Answer Admitted. | | |
| 4 | Defendant does business as Humalfa. Colo. State Filing | | |
| 5 | Farrel Crowder, in his role as the President and owner of Humalfa, had the power to hire and fire Plaintiffs, could exercise supervisory authority over Plaintiffs' work, and made decisions regarding Plaintiffs' pay. Answer Admitted. | | |
| 6 | Humalfa employs two or more individuals who engage in interstate commerce or business transactions, or who produce goods to be transported or sold in interstate commerce, or who handle, sell, or otherwise work with goods or materials that have been moved in or produced for interstate commerce, such as vehicles and fuel. Answer Admitted. | | |
| 7 | Defendant's annual gross volume sales made or business done is not less than $500,000.00 (exclusive of excise taxes at the retail level that are separately stated for each of the three years preceding the filing of this Complaint. Answer Admitted. | | |

| | | | |
|---|---|---|---|
| 8 | Defendant is an "employer" within the meanings set forth in the FLSA, the CMWO and the CWA and was, at all times relevant to the allegations in this Complaint, Plaintiff's employer. Answer Admitted. | | |
| 9 | Christopher was employed by Defendant from 2007 until February of 2022 as an hourly-paid employee until terminated in February 2022. Answer Admitted. | | |
| 10 | BreeAnna was employed by Defendant from December of 2021 as an hourly-paid employee until terminated in February 2022. Answer Admitted. | | |
| 11 | Defendant Farrel Crowder through Humalfa hired Plaintiffs to work on its behalf, and paid them wages and benefits, and kept records regarding their employment. Answer Admitted. | | |
| 12 | At all material times herein, Plaintiffs have been entitled to the rights, protection and benefits provided under the FLSA, the CWA and the CMWO. Answer Admitted. | | |

Respectfully submitted this 11th day of April, 2023.

/s/ *Michael J. Davis*
Michael J. Davis
Davis Murray Law LLC
1001 Bannock Street
St. 219
Denver, CO 80204
720-361-6036
Fax : 720-368-5262
Email: mdavis@mjdavislaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that on April 11, 2023, a true and correct copy of the foregoing document was filed with the Court via the E-filing System and served to all parties of interest.

                                                */s/ Michael J. Davis*
                                                Michael J. Davis