IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 1:22-cv-808-STV

**Christopher Porter and**
**BreeAnna Porter,**
   Plaintiffs,

v.

**T.J. Crowder and Sons, LLC,**
**And Farrel Crowder**
   Defendants.

### PLAINTIFFS' RESPONSE TO DEFENDANTS' STATEMENT OF FACTS

|   | Column 1 | Column 2 | Column 3 |
|---|---|---|---|
| 1 | Plaintiffs are individuals and residents of Yuma County. Answer Admitted. | Undisputed. | |
| 2 | Separate Defendant Humalfa and Sons, LLC ("Humalfa"), is a domestic Limited Liability company. Colo. State Filing. | Undisputed. | |
| 3 | Farrel Crowder is the President and owner of Humalfa with offices located at 26874 CR 65, Ilif, Colorado 80736. Answer Admitted. | Undisputed. | |
| 4 | Defendant does business as Humalfa. Colo. State Filing. | Undisputed. | |
| 5 | Farrel Crowder, in his role as the President and owner of Humalfa, had the power to hire and fire Plaintiffs, could exercise supervisory authority over Plaintiffs' work, and made decisions regarding Plaintiffs' pay. Answer Admitted. | Undisputed. | |
| 6 | Humalfa employs two or more individuals who engage in interstate commerce or business transactions, or who produce goods to be transported or sold in interstate commerce, or who handle, sell, or otherwise work with goods or materials that have been moved in or produced for interstate commerce, such as vehicles and fuel. Answer Admitted. | Undisputed. | |
| 7 | Defendant's annual gross volume sales made or | Undisputed. | |

Page 1 of 2
Christopher Porter, et al. v. T.J. Crowder and Sons, LLC, et al.
U.S.D.C. (Col.) No. 1:22-cv-808-STV
Plaintiffs' Response to Defendants' Statement of Facts

| | | | |
|---|---|---|---|
| | business done is not less than $500,000.00 (exclusive of excise taxes at the retail level that are separately stated for each of the three years preceding the filing of this Complaint. Answer Admitted. | | |
| 8 | Defendant is an "employer" within the meanings set forth in the FLSA, the CMWO and the CWA and was, at all times relevant to the allegations in this Complaint, Plaintiff's employer. Answer Admitted. | Undisputed. | |
| 9 | Christopher was employed by defendant from 2007 until February of 2022 as an hourly-paid employee until terminated in February 2022. Answer Admitted. | Undisputed. | |
| 10 | BreeAnna was employed by Defendant from December of 2021 as an hourly-paid employee until terminated in February 2022. Answer Admitted. | Undisputed. | |
| 11 | Defendant Farrel Crowder through Humalfa hired Plaintiffs to work on its behalf, and paid them wages and benefits, and kept records regarding their employment. Answer Admitted. | Undisputed. | |
| 12 | At all material times herein, Plaintiffs have been entitled to the rights, protections and benefits provided under the FLSA, the CWA and the CMWO. Answer Admitted. | Undisputed. | |

Respectfully submitted,

**PLAINTIFFS CHRISTOPHER PORTER and BREEANNA PORTER**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

*/s/ Josh Sanford*
Josh Sanford
Col. Bar No. 44358
josh@sanfordlawfirm.com

Page 2 of 2
Christopher Porter, et al. v. T.J. Crowder and Sons, LLC, et al.
U.S.D.C. (Col.) No. 1:22-cv-808-STV
Plaintiffs' Response to Defendants' Statement of Facts