IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Scott T. Varholak**

| | |
|---|---|
| Civil Action: 22-cv-00808-STV | Date: June 7, 2023 |
| Courtroom Deputy: Monique Ortiz | FTR – Reporter Deck-Courtroom A402 |

*Parties:*                                                   *Counsel:*

CHRISTOPHER PORTER                          Joshua Sanford
BREEANNA PORTER

    Plaintiff,

v.

T.J. CROWDER AND SONS, LLC              Michael Davis
FARREL CROWDER

    Defendant.

---

## COURTROOM MINUTES/MINUTE ORDER

**FINAL PRETRIAL CONFERENCE**
**Court in session:  9:21 a.m.**
Court calls case.  Appearances of counsel.

This matter is before the court for a Final Pretrial Conference.

**ORDERED:**    The following will be held before Magistrate Judge Varholak in courtroom A402:

A two day Jury Trial is set for February 26 – 27, 2024 at 8:30 a.m.  A Trial Preparation Conference is set for January 10, 2024 at 10:30 a.m.

Discussion regarding the pending Amended Motion for Summary Judgment and settlement.

HEARING CONCLUDED.
**Court in recess:     9:27 a.m.**
Total time in court: 00:06

To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.