IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 1:22-cv-808-STV

**Christopher Porter and
BreeAnna Porter**,
  Plaintiffs,

v.

**T.J. Crowder and Sons, LLC
and Farrel Crowder,**
  Defendants.

---

## JOINT STIPULATION TO REQUEST BENCH TRIAL

---

  Christopher Porter and BreeAnna Porter ("Plaintiffs") and T.J. Crowder and Sons, LLC and Farrel Crowder ("Defendants" and, together with Plaintiff, the "Parties"), by and through their undersigned counsel, hereby submit the following for their Joint Stipulation to Request Bench Trial:

  1. The parties submitted a Proposed Final Pretrial Order on June 1, 2023 (ECF No. 27), which stated that the trial would be to a jury and the Court.

  2. The Court filed the Final Pretrial Order on June 7 (ECF No. 29), stating that the trial will be to a jury and the Court.

  3. The parties' counsels have conferred recently for pretrial deadlines, and decided a bench trial would be better suited for both Plaintiffs and Defendants.

  4. A Jury trial was not requested on the Civil Cover Sheet filed by Plaintiff. Dkt. # 1-1.

  5. A jury trial was not requested in Plaintiffs complaint. Dkt.#1

6. A jury trial was not requested in Defendants Answer. Dkt.#7.

7. This stipulation does not prejudice any party and is not meant for the purposes of delay.

Respectfully submitted,

**CHRISTOPHER PORTER and BREEANNA PORTER, PLAINTIFFS**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

*/s/ Josh Sanford*
Josh Sanford
Col. Bar No. 44358
josh@sanfordlawfirm.com

and **T.J. CROWDER AND SONS, LLC and FARREL CROWDER, DEFENDANTS**

DAVIS MURRAY LAW, LLC
2255 Sheridan Blvd., Unit C272
Edgewater, Colorado 80214
Telephone: (720) 361-6036
Facsimile: (720) 368-5262

*/s/ Michael J. Davis*
Michael J. Davis
Col. Bar No.
mdavis@davismurraylaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 27, 2023, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants, and by email and/or First-Class Mail if non-registrants:

Michael J. Davis, Esq.
DAVIS MURRAY LAW, LLC
2255 Sheridan Blvd., Unit C272
Edgewater, Colorado 80214
Telephone: (720) 361-6036
Facsimile: (720) 368-5262
mdavis@davismurraylaw.com

*/s/ Josh Sanford*
**Josh Sanford**