IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 1:22-cv-00808-STV

**CHRISTOPHER PORTER and**
**BREEANNA PORTER**
       Plaintiffs,

v.

**T.J. CROWDER AND SONS, LLC; and**
**FARREL CROWDER**
       Defendant.

---

### UNOPPOSED MOTION FOR LEAVE TO APPEAR TELEPHONICALLY

---

Plaintiffs Christopher Porter and Breeanna Porter ("Plaintiffs"), by and through their attorney Josh Sanford of Sanford Law Firm, PLLC, for their Motion for Leave to Appear Telephonically for the January 10, 2024, Trial Preparation Conference, do state and allege as follows:

1. On June 7 this Court set a Trial Preparation Conference (the "Hearing") for January 10, 2024, at 8:30 a.m. in Courtroom A-402, 5th Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. Order ECF No. 30.

2. Plaintiffs request leave for their counsel Josh Sanford to attend the Hearing by telephone.

3. An appearance telephonically by Plaintiffs' counsel would not prejudice either party.

Page 1 of 3
Christopher Porter et al v. T.J. Crowder and Sons, LLC et al
U.S.D.C. (Col.) No. 1:22-cv-808
Unopposed Motion for Leave to Appear by Telephone

4. Mr. Sanford requests to appear by telephonically due to this case being a straight-forward bench trial, wherein the lawyers are communicating well and factual and legal issues of the case, while in dispute, are not cumbersome or confusing.

5. Plaintiffs endeavor to effectively manage the cost of litigation, and the requested relief is consistent with that goal. (Mr. Sanford lives and works in Arkansas.)

6. After discussing this Motion with Defendant's counsel, Defendants do not oppose this Motion.

WHEREFORE, premises considered, Plaintiff Christopher Porter *et al.*, each individually and on behalf of all others similarly situated, requests this Court to grant this Motion to allow leave for Plaintiffs' counsel, Josh Sanford, to appear telephonically at the Hearing on January 10, 2024.

Respectfully submitted,

**CHRISTOPHER PORTER and
BREEANNA PORTER, PLAINTIFFS**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

*/s/ Josh Sanford*
Josh Sanford
Col. Bar No. 44358
josh@sanfordlawfirm.com

Page 2 of 3
Christopher Porter et al v. T.J. Crowder and Sons, LLC et al
U.S.D.C. (Col.) No. 1:22-cv-808
Unopposed Motion for Leave to Appear by Telephone

## CERTIFICATE OF SERVICE

    I, Josh Sanford, do hereby certify that, on the date imprinted by the Court's electronic filing system, a true and correct copy of the foregoing MOTION was electronically filed, which will provide notice to all interested parties of record.

                                                       */s/ Josh Sanford*
                                                       **Josh Sanford**

Page 3 of 3
Christopher Porter et al v. T.J. Crowder and Sons, LLC et al
U.S.D.C. (Col.) No. 1:22-cv-808
Unopposed Motion for Leave to Appear by Telephone