CASE CAPTION: CHRISTOPHER PORTER, and BREAANNA PORTER v. T.J. CROWDER AND SONS, LLC, and FARREL CROWDER

CASE NO.: 1:22-cv-00808-STV

EXHIBIT LIST OF: Plaintiffs Christopher Porter and BreaAnna Porter

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|
| 1 | Defendant | Text messages between KC Scott and Heather Day | | | | | |
| 2 | BreeAnna Porter | Text Messages between BreeAnna Porter and Heather Day | | | | | |
| 3 | Both Plaintiffs | Damages Calculations | | | | | |
| 4 | Defendants | Documents identified by Defendants | | | | | |
| 5 | Defendants | Payroll Documents from Def 001-016 | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |