IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

MAGISTRATE JUDGE SCOTT T. VARHOLAK

Case No.  1:22-cv-808-STV              Date: January 23, 2024

Case Title: Christopher Porter, and BreeAnna Porter v. T.J. Crowder and Sons, LLC, and Farrel Crowder

PLAINTIFFS' WITNESS LIST

| WITNESS | ESTIMATED DATE(S) AND LENGTH OF TESTIMONY |
|---|---|
| Christopher Porter | Day one  90-120 minutes |
| BreeAnna Porter | Day one  60-90 minutes |
| Farrel Crowder | Day one  60-90 minutes |
| Witnesses identified by Defendants | Unknown |