IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

MAGISTRATE JUDGE SCOTT T. VARHOLAK

Case No.  Civil Action No.: 1:22-cv-808-STV           Date:   1/24/2024

Case Caption:   Christopher Porter and BreeAnna Porter, Plaintiffs, v. T.J. Crowder and Sons, LLC, and Farrel Crowder

T.J. Crowder and Sons, and Farrel Crowder -  WITNESS LIST

| WITNESS | ESTIMATED DATE(S) AND LENGTH OF TESTIMONY |
|---|---|
| Farrel Crowder, the President and owner of Defendant | Day One – 2 hours |
| Heather Day, office manager of Defendant | Day Two – 2 hours |
| Allan Sampson, field manager of Defendant | Day Two – 1 hour |
| Kenneth Scott, field manager of Defendant | Day Two – 1 hour |
| Christopher Porter, Defendant | Day One – Cross examination |
| BreeAnna Porter | Day One – Cross Examination |