CASE CAPTION:  Christopher Porter and BreeAnna Porter v.  T.J. Crowder and Sons, LLC, and Farrel Crowder

CASE NO.: 1:22-cv-808

EXHIBIT LIST OF: T.J. Crowder and Sons, LLC, and Farrel Crowder, Defendants

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | **Court Use Only** |
|---|---|---|---|---|---|---|---|
| 1 | Heather Day, KC Scott, Bree Ann Porter | Texts between Heather Day and KC Scott | | | | | |
| 2 | Bree Ann Porter | Initial employment intake file | | | | | |
| 3 | Christopher Porter | Initial employment intake file | | | | | |
| 4 | Farrel Crowder | Company Handbook | | | | | |
| 5 | Heather Day | Payroll information for Plaintiffs | | | | | |
| 6 | Heather Day | Texts between Heather Day and Bree Porter | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

NB For the trial exhibit lists, please add at least ten additional blank rows at the end of the exhibit list to accommodate any additional exhibits that may be introduced.