IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Scott T. Varholak**

| | |
|---|---|
| Civil Action No. 22-cv-00808-STV | Date: January 31, 2024 |
| Courtroom Deputy: Monique Ortiz | Court Reporter: FTR A402 |

| *Parties:* | *Counsel:* |
|---|---|
| CHRISTOPHER PORTER, and BREEANNA PORTER | Joshua J. Sanford |
| Plaintiff, | |
| v. | |
| T.J. CROWDER AND SONS, LLC, and FARREL CROWDER | Michael J. Davis |
| Defendant. | |

## COURTROOM MINUTES/MINUTE ORDER

**TELEPHONIC TRIAL PREPARATION CONFERENCE**
**3:02 p.m.       Court in session.**
Court calls case. Appearances of counsel.

Discussion regarding trial schedule.

Time allotted for opening and closing statements is twenty (20) minutes each, per side.

If the parties would like to test the technology in the courtroom in advance of trial, they shall contact the Courtroom Deputy, Monique Ortiz, via Monique_ortiz@cod.uscourts.gov  or  303-335-2086.

Discussion regarding Exhibit and Witnesses List.

Witnesses will be sequestered at the beginning of the trial.

Discussion regarding the possibility of settlement. Parties are advised that if they settle in advance of the trial, including over the weekend before trial, the shall notify the court via email, Varholak_Chambers@cod.uscourts.gov as soon as possible.

Hearing concluded.


**3:13 p.m.        Court in recess.**
Total in-court time:    00:11

To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.