IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-808-STV

**Christopher Porter and
BreaAnna Porter,**
   Plaintiffs,

v.

**T.J. Crowder and Sons, LLC
and Farrel Crowder,**
   Defendants.

---

### NOTICE OF APPEARANCE—SEAN SHORT

---

Attorney Sean Short of Sanford Law Firm, PLLC, does hereby enter his appearance on behalf of Plaintiffs. Mr. Short certifies that he is a member in good standing of the Bar of the District of Colorado and is a registered CM/ECF filer. Mr. Short will serve as counsel along with Plaintiffs' other attorneys.

      Respectfully submitted,

      **ATTORNEY SEAN SHORT**

      SANFORD LAW FIRM, PLLC
      Kirkpatrick Plaza
      10800 Financial Centre Pkwy, Suite 510
      Little Rock, Arkansas 72211
      Telephone: (800) 615-4946
      Facsimile: (888) 787-2040

      */s/ Sean Short*
      Sean Short
      Ark. Bar No. 2015079
      sean@sanfordlawfirm.com