IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Scott T. Varholak**

Civil Action: 22-cv-00808-STV
Courtroom Deputy: Monique Ortiz

Date: February 26, 2024
Court Reporter: Mary George

*Parties:*

CHRISTOPHER PORTER, and
BREEANNA PORTER

   Plaintiffs,

v.

T.J. CROWDER AND SONS, LLC, and
FARREL CROWDER

   Defendants.

*Counsel:*

Joshua J. Sanford
Sean Short

Michael J. Davis

## COURTROOM MINUTES

**BENCH TRIAL DAY 1**
**Court in session:     8:38 a.m.**
Court calls case. Appearances of counsel. Plaintiffs Christopher Porter and BreeAnna Porter present at counsel table. Defendant Farrel Crowder present at counsel table.

Discussion regarding where the court is at on the liability issue regarding the affirmative defense of the agricultural exemption.

Mr. Davis states he and counsel for Plaintiffs have been talking about stipulating to exhibits and except for the damage calculation, the parties have agreed to stipulate to all the exhibits. Most of the exhibits that Plaintiffs are using came from Defendants so Defendants are aware of them, except for Exhibit 7.

Sequestration Order in effect.


8:40 a.m.    Opening statements by Mr. Sanford.

8:51 a.m.    Opening statements by Mr. Davis

8:55 a.m.    Plaintiffs' witness, Farrel Crowder, called and sworn.

8:56 a.m.	Direct examination of Mr. Crowder by Mr. Sanford.

9:27 a.m.	Cross-examination of Mr. Crowder by Mr. Davis.

Defendants' Exhibits C and E referenced.

9:47 a.m.	Re-direct examination of Mr. Crowder by Mr. Sanford.

Plaintiffs' Exhibit 4 referenced.

Witness excused.

The court will take a recess to speak with counsel in chambers.

**10:00 a.m.	Court in recess**
**10:24 a.m.	Court in session**

The court has had off the record discussions with counsel and based on those discussions, it is this court's understanding that the parties have a joint motion to make so the court will allow the parties to make that motion.

Plaintiffs and Defendants rest on the issue of the agricultural exemption.

The parties jointly move to have the damages portion of the case bifurcated from the liability portion and are asking for a ruling on whether the agricultural exemption applies.

The court states that it's order will be solely as to liability on Mr. Porter with respect to the agricultural exemption and then we're also bifurcating out whether or not there's any liability for hours worked but not paid for Ms. Porter.

Neither side wishes to make any oral closing statements today but would rather submit a written statement.

**ORDERED:**	In lieu of oral closing statements, Defendants shall file a closing argument brief or post-trial brief, on the issue of the agricultural exemption within twenty-one (21) days from today's date.  Plaintiffs will then have ten (10) days to respond to Defendants' closing argument brief.

TRIAL CONCLUDED.
**Court in recess:	10:30 a.m.**
Total time in court:   1:28