IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Scott T. Varholak**

| | |
|---|---|
| Civil Action No. 22-cv-00808-STV | Date: June 4, 2024 |
| Courtroom Deputy: Monique Ortiz | Court Reporter: FTR A402 |

| *Parties:* | *Counsel:* |
|---|---|
| CHRISTOPHER PORTER, and BREEANNA PORTER | Joshua J. Sanford |
| Plaintiff, | |
| v. | |
| T.J. CROWDER AND SONS, LLC, and FARREL CROWDER | Michael J. Davis |
| Defendant. | |

## COURTROOM MINUTES/MINUTE ORDER

**TELEPHONIC STATUS CONFERENCE**
**Court in session:   2:03 p.m.**
Court calls case.  Appearances of counsel all by phone.

The court notes the bench trial held on February 26, 2024 on the overtime liability issue.  The court has since issued the trial opinion in the matter but due to the bifurcated nature of the trial, it still leaves outstanding issues that the parties were hopeful they might be able to settle once the court issued its Findings of Fact, Conclusions of Law, and Order [ECF Doc. No. 47].

Statements by counsel.

For the reasons stated on the record, it is:

**ORDERED:**   A further Telephonic Status Conference is set for **July 31, 2024 at 9:00 a.m**. before Magistrate Judge Varholak.  Parties shall call the court at (571-353-2301) Access Code: 252821415#, to participate.  If between now and the time of the status conference, the parties reach a stipulation of dismissal of the remaining issues and request a final judgment, the parties shall file that with the court.

Hearing concluded.

**Court in recess:**     2:12 p.m.
Total in-court time:    00:09

To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.