IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Scott T. Varholak**

| | |
|---|---|
| Civil Action No. 22-cv-00808-STV | Date:  July 31, 2024 |
| Courtroom Deputy:  Monique Ortiz | Court Reporter: FTR A402 |

| *Parties:* | *Counsel:* |
|---|---|
| CHRISTOPHER PORTER, and BREEANNA PORTER | Joshua J. Sanford |
| Plaintiff, | |
| v. | |
| T.J. CROWDER AND SONS, LLC, and FARREL CROWDER | Michael J. Davis |
| Defendant. | |

**COURTROOM MINUTES/MINUTE ORDER**

**TELEPHONIC STATUS CONFERENCE**
**Court in session:    9:03 a.m.**
Court calls case.  Appearances of counsel.

This matter is before the court for a status conference to inquire from the parties if the matter needs to be set for a continued bench trial to try Ms. Porter's claims.

Counsel states that as of the current time, the matter has not been resolved and therefore the matter does need to be set for a continued bench trial.

For the reasons stated on the record, it is:

**ORDERED:**     A two (2) day Bench Trial is set for **November 4-5, 2024 at 8:30 a.m.** before Magistrate Judge Varholak in courtroom A402.  The court will not set another Trial Preparation Conference.  If the parties settle the matter before the start of trial, the parties shall notify Magistrate Judge Varholak's chambers.  If the parties need guidance from the court prior to the trial on any issues that may arise, the parties shall file a request for a status conference.

Hearing concluded.

**Court in recess:**     9:05 a.m.
Total in-court time:    00:02

To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.