My innIN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Scott T. Varholak**

Civil Action: 22-cv-00808-STV  Date: November 4, 2024
Courtroom Deputy: Sonia Chaplin  Court Reporter: FTR A402

*Parties:*  *Counsel:*

CHRISTOPHER PORTER, and  Sean Short
BREEANNA PORTER

    Plaintiffs,

v.

T.J. CROWDER AND SONS, LLC, and  Michael J. Davis
FARREL CROWDER

    Defendants.

## COURTROOM MINUTES

**BENCH TRIAL DAY 1**
**Court in session:    8:33 a.m.**
Court calls case.  Appearances of counsel.  Plaintiffs Christopher Porter and BreeAnna Porter present at counsel table.  Defendant Farrel Crowder present at counsel table.

8:33 a.m.      Opening statements by Mr. Short.

8:42 a.m.      Opening statements by Mr. Davis

8:47 a.m.      Plaintiffs' witness, Farrel Crowder, called and sworn.

8:49 a.m.      Direct examination of Mr. Crowder by Mr. Short.

9:14 a.m.      Cross-examination of Mr. Crowder by Mr. Davis.

Defendants' Exhibit C referenced.

9:28 a.m.      Re-direct examination of Mr. Crowder by Mr. Short.

Witness excused.

| | |
|---|---|
| 9:33 a.m. | Plaintiffs' witness, Christopher Porter, called and sworn. |
| 9:34 a.m. | Direct examination of Mr. Porter by Mr. Short. |

**09:54 a.m.    Court in recess**
**10:07 a.m.    Court in session**

10:07 a.m.    Cross-examination of Mr. Porter by Mr. Davis.

Defendants' Exhibits C, B, and D referenced.

Plaintiffs' Exhibit 3 referenced.

10:36 a.m.    Re-direct examination of Mr. Porter by Mr. Short

Witnessed excused.

10:38 a.m.    Plaintiffs' witness, BreeAnna Porter, called and sworn.

10:39 a.m.    Direct examination of Mrs. Porter by Mr. Short.

Plaintiffs' Exhibits 1-5 are admitted.

**11:16 a.m.    Court in recess**
**11:28 a.m.    Court in session**

11:29 a.m.    Continuing direct examination of Mrs. Porter by Mr. Short.

Plaintiffs' Exhibits 3 and 1 referenced.

**12:00 p.m.    Court in recess**
**01:02 p.m.    Court in session**

1:03 p.m.    Cross-examination of Mrs. Porter by Mr. Davis.

Defendants' Exhibits E and B referenced.

1:26 p.m.    Re-direct examination of Mrs. Porter by Mr. Short.

Witness excused.

1:28 p.m.    Defendants' witness, Heather Day, called and sworn.

1:29 p.m.    Direct examination of Mrs. Day by Mr. Davis.

Defendants' Exhibit B referenced.

Plaintiff's Exhibit 3 referenced.

1:55 p.m.     Cross-examination of Mrs. Day by Mr. Short.

Plaintiffs' Exhibit 3 referenced.

Defendants' Exhibit E referenced.

2:10 p.m.     Re-direct examination of Mrs. Day by Mr. Davis.

2:11 p.m.     Questions by the Court regarding Plaintiffs' Exhibit 3 text messages.

Witness excused.

2:15 p.m.     Defendants' witness, Farrel Crowder, called and sworn.

2:16 p.m.     Direct examination of Mr. Crowder by Mr. Davis.

2:23 p.m.     Cross-examination of Mr. Crowder by Mr. Short.

Witness excused.

**ORDERED**:     The parties shall file a simultaneous brief on or before **December 9, 2024**.

Defendants' Exhibits A-F are admitted.

TRIAL CONCLUDED.
**Court in recess:     2:31 p.m.**
Total time in court:   4:31

To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.