**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 22-cv-00808-STV

CHRISTOPHER PORTER; and
BREANNA PORTER,

    Plaintiffs,

v.

T.J. CROWDER AND SONS, LLC; and
FARREL CROWDER,

    Defendants.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order (Doc. 59) by Chief Magistrate Judge Scott T. Varholak entered on July 15, 2025, it is

ORDERED that judgment is entered in favor of the Defendants. It is

FURTHER ORDERED that this case is closed.

Dated this 15th day of July, 2025.

                                  FOR THE COURT:
                                  JEFFREY P. COLWELL

                                  By:   s/ S. Chaplin, Deputy Clerk