**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

Civil Action No. 1:22-cv-808-STV

**Christopher Porter and**
**BreaAnna Porter,**
          Plaintiffs,

v.

**T.J. Crowder and Sons, LLC,**
**and Farrel Crowder**
          Defendants.

---

## NOTICE OF APPEAL

---

Notice is hereby given that Plaintiffs in the above-captioned case appeal to the United States Court of Appeals for the Tenth Circuit from the Orders and Judgment entered in this action on May 10, 2024, and July 15, 2025 (ECF Nos. 47, 59, and 60), and from all interlocutory orders that merged into the Judgment.

Respectfully submitted,

**PLAINTIFFS CHRISTOPHER PORTER**
**and BREEANNA PORTER**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

*/s/ Sean Short*
Sean Short
Ark. Bar No. 2015079
sean@sanfordlawfirm.com

Josh Sanford
Col. Bar No. 44358

josh@sanfordlawfirm.com