**TENTH CIRCUIT TRANSCRIPT ORDER FORM – DIRECTIONS ON REVERSE SIDE (Revised 12/2024)**

### PART I – Case Information and Contact Information

Case Name: Porter, et al. v. T.J. Crowder and Sons, LLC, et al.
District Court Case Number: 1:22-cv-00808-STV
District Court: Colorado
Circuit Court Appeal Number: 25-1310
Name of Attorney/Pro Se Party Completing this Form: Sean Short
Name of Law Firm/Office: Sanford Law Firm, PLLC
Address: 10800 Financial Centre Pkwy, Suite 510, Little Rock, Arkansas 72211
Phone: 501-904-1650
Email: sean@sanfordlawfirm.com
Attorney For: Plaintiffs

### PART II – Complete one section below to indicate whether you are ordering transcripts.

☐ I am not ordering a transcript because (check one):
  ☐ a transcript is not necessary for this appeal;
  ☐ the necessary transcript is already on file in the district court; or
  ☐ the necessary transcript was ordered previously in appeal number _____.

☒ I hereby order the following transcript(s) from __Mary George__ (name of court reporter). One form may be used to order multiple transcripts from the same court reporter, **but separate forms must be filed for each court reporter** from whom a transcript is ordered. **Please be specific if ordering partial transcripts** (e.g., voir dire).

| Name of Proceeding | Date of Proceeding | Dist. Ct. Doc. No. | Delivery (30-, 14-, 7-, 3-Day, or Daily) |
|---|---|---|---|
| Bench Trial | 2/26/2024 | 44 | 30 Day |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### PART III – Choose the manner of payment for the transcript(s) ordered.

☒ This case is **NOT proceeding under the Criminal Justice Act**. I will pay the cost of the transcript. My signature on this form is my agreement to pay for the transcript(s) ordered on this form, and **I understand that I must make satisfactory payment arrangements with the court reporter(s) before work to prepare the transcript will begin.**

☐ This case **IS proceeding under the Criminal Justice Act**, and (check one):
  ☐ I am a Federal Public Defender. The Defender's Office will pay the cost of the transcript(s).
  ☐ I am a CJA Panel Attorney, and I will take all steps required in eVoucher to complete payment arrangements.

**NOTE:** Leave to proceed *in forma pauperis* does not entitle appellant to a free transcript. An order of the district court allowing payment for the transcript at government expense must be obtained. *See* 28 U.S.C. §753(f).

### Part IV – Attorney's/Ordering Party's Certificate of Compliance

I, __Sean Short__, certify that I have (1) read the instructions on the reverse of this form; (2) filed copies of this completed form in **both** the U.S. District Court and the Tenth Circuit; and, if ordering transcripts, (3) provided a copy of this completed form to the court reporter(s) and **made satisfactory payment arrangements** for all transcripts I am ordering. **I understand I must send a copy of this form directly to the court reporter(s) in addition to filing it.**

Attorney's/Ordering Party's Signature: /s/ Sean Short   Date: 8/27/25

### PART V – Court Reporter's Certificate of Compliance (Complete After Payment Arrangements Have Been Made)

| Date Payment Arrangements Made | Estimated Completion Date | Number of Pages | Date(s) of Hearing(s)/Proceeding(s) |
|---|---|---|---|
| 9/2/25 | 10/2/25 | 50 | 2/26/24 – bench trial |

I, _____, certify that (1) I have read the instructions on the reverse side; (2) adequate payment arrangements have been made; (3) I will provide a copy of this completed form to the Tenth Circuit Clerk's Office; and (4) I will provide any required notice to the U.S. District Court Clerk's Office.

Signature of Court Reporter: /s/ Mary G. George   Date: 9/2/25